PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 5:07-CR-139-1F

Derrick Fonte Clemonts

On May 9, 2012, the above named was placed on supervised release for a period of five years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/Michael C. Brittain                                    /s/Timothy L. Gupton
Michael C. Brittain                                       Timothy L. Gupton
Senior U.S. Probation Officer                             U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___13___ day of ___April___, 2016.

_____
James C. Fox
Senior U.S. District Judge

Case 5:07-cr-00139-F  Document 36  Filed 04/13/16  Page 1 of 1